ORIGINAL

E-filing

FILED 08 MAR -5 PM 3:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JERRY KELLUM as personal representative of GEORGE L. KELLUM, JR. (deceased),

Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,

Defendants.

CASE NO. CV 08 1297 EMC

DEMAND FOR JURY TRIAL

Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION hereby demand trial by jury in this action.

///
///
///
///
///
///
///

1
2  Dated: March 5, 2008                    DRINKER BIDDLE & REATH LLP
3
4                                          _____
                                           KRISTA L. COSNER
5
                                           Attorneys for Defendants
6                                          SMITHKLINE BEECHAM
                                           CORPORATION dba
7                                          GLAXOSMITHKLINE and McKESSON
                                           CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28