ORIGINAL

E-filing

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
                                              CV 08  1297  EMC
12 JERRY KELLUM as personal            Case No.
   representative of GEORGE L. KELLUM,
13 JR. (deceased),                     DISCLOSURE STATEMENT OF
                                       GLAXOSMITHKLINE
14              Plaintiff,             [F.R.C.P. 7.1]

15      v.

16 SMITHKLINE BEECHAM
   CORPORATION dba
17 GLAXOSMITHKLINE; and McKESSON
   CORPORATION,
18
                Defendants.
19

20      The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM

21 CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance

22 with Federal Rule of Civil Procedure 7.1.

23      GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

24 corporation, through several levels of wholly owned subsidiaries, of defendant,

25 ///

26 ///

27 ///

28 ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396301\1        DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                CASE NO.

| | |
|---|---|
| 1 | SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly |
| 2 | held company owns ten percent or more of the stock of GlaxoSmithKline plc. |

Dated: March 5, 2008

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

ORIGINAL

DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

CV 08 1297

| | |
|---|---|
| JERRY KELLUM as personal representative of GEORGE L. KELLUM, JR. (deceased),<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF McKESSON CORPORATION**<br>**[F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant McKESSON CORPORATION furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

McKESSON CORPORATION, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant,

///
///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396300\1  DISCLOSURE STATEMENT OF McKESSON   CASE NO.

1  McKESSON CORPORATION.  No publicly held company owns ten percent or more of
2  the stock of McKESSON CORPORATION.
3
4  Dated: March 5, 2008                    DRINKER BIDDLE & REATH LLP

                                           /s/ Krista L. Cosner
                                           KRISTA L. COSNER

                                           Attorneys for Defendants
                                           SMITHKLINE BEECHAM
                                           CORPORATION dba
                                           GLAXOSMITHKLINE and McKESSON
                                           CORPORATION