ORIGINAL



E-filing

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JERRY KELLUM as personal            CV 08      1297
    representative of GEORGE L. KELLUM,
13  JR. (deceased),                     DEFENDANTS' CERTIFICATION OF
                                        INTERESTED ENTITIES OR
14              Plaintiff,              PERSONS
                                        [CIV. L.R. 3-16]
15       v.

16  SMITHKLINE BEECHAM
    CORPORATION dba
17  GLAXOSMITHKLINE; and McKESSON
    CORPORATION,
18
                Defendants.
19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21  persons, associations of persons, firms, partnerships, corporations (including parent

22  corporations) or other entities (i) have a financial interest in the subject matter in

23  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

24  subject matter or in a party that could be substantially affected by the outcome of this

25  proceeding:

26       Defendant, SMITHKLINE BEECHAM CORPORATION dba

27  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

28  ultimate parent corporation.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1  Defendant McKESSON CORPORATION knows of no such interest other than
2  that of the named parties.

3

4  Dated: March 5, 2008                    DRINKER BIDDLE & REATH LLP

5                                          _____
6                                          KRISTA L. COSNER

7                                          Attorneys for Defendants
                                           SMITHKLINE BEECHAM
8                                          CORPORATION dba
                                           GLAXOSMITHKLINE and McKESSON
9                                          CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396302\1

2
DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS         CASE NO.