ORIGINAL

1    DONALD F. ZIMMER, JR. (State Bar No. 112279)
     KRISTA L. COSNER (State Bar No. 213338)
2    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
3    San Francisco, California 94105
     Telephone: (415) 591-7500
4    Facsimile: (415) 591-7510

5    Attorneys for Defendants
     SMITHKLINE BEECHAM CORPORATION dba
6    GLAXOSMITHKLINE and McKESSON
     CORPORATION
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12   JERRY KELLUM as personal              Case No.
     representative of GEORGE L. KELLUM,
13   JR. (deceased),                       NOTICE OF PENDENCY OF OTHER
                                           ACTION OR PROCEEDING
14                    Plaintiff,           [CIV. L.R. 3-13]

15          v.

16   SMITHKLINE BEECHAM
     CORPORATION dba
17   GLAXOSMITHKLINE; and McKESSON
     CORPORATION,
18
                      Defendants.
19

20          Pursuant to Civil L.R. 3-13, defendants SMITHKLINE BEECHAM

21   CORPORATION dba GLAXOSMITHKLINE ("GSK") and McKESSON

22   CORPORATION ("McKesson") submit the following Notice of Pendency of Other

23   Action or Proceeding:

24          On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML")

25   created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability*

26   *Litigation*, directing that then-pending Avandia®-related cases be transferred and

27   coordinated for pretrial proceedings in the United States District Court for the Eastern

28   District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

1    §1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of

2    additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL

3    1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court

4    stay this action, pending a decision on transfer by the JPML, to achieve judicial

5    economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures)

6    and to avoid conflicts, conserve judicial resources, and promote an efficient

7    determination of the action.

8        Please take note that, in addition to MDL 1871, the following state court actions

9    also allege marketing, sales practice and/or product liability claims against Smithkline

10   Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug

11   Avandia:

12       1.    *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation*

13   *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

14   only);

15       2.    *Burford, Karen v. SmithKline Beecham Corporation d/b/a*

16   *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

17   only);

18       3.    *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a*

19   *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

20       4.    *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a*

21   *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

22   only);

23       5.    *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and*

24   *SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas,

25   Philadelphia County, No. 003877;

26       6.    *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson*

27   *Corporation and Does 1 through 15*, Superior Court for the State of California, San

28   Francisco County, No. 08-471571;

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

1    7.    *Farris, Theresa o/b/o Ronald Farris (dec'd) and Ledbetter, Carla o/b/o*

2    *Jimmie Ledbetter (dec'd) v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline and*

3    *McKesson Corporation*, Superior Court for the State of California, San Francisco County,

4    No. 08-471345;

5    8.    *Fisher, Ronald and Fisher, Judith v. SmithKline Beecham Corporation*

6    *d/b/a GlaxoSmithKline*, Supreme Court of the State of New York, Erie County, No.

7    12008-001869;

8    9.    *Fowler, Charles v. SmithKline Beecham Corporation d/b/a*

9    *GlaxoSmithKline, McKesson Pharmacy Systems, and Does One through Fifteen,*

10    *inclusive*, Superior Court of the State of California, San Francisco County, No. 08-

11    472715;

12    10.    *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a*

13    *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

14    11.    *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a*

15    *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

16    12.    *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation,*

17    *and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

18    13.    *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and*

19    *SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Supreme Court of the State of

20    New York, Erie County, No. 12007-11066;

21    14.    *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*,

22    Court of Common Pleas, Philadelphia County, No. 004897;

23    15.    *Larson, Paul, Larson Mary (Estate of) v. GlaxoSmithKline, PLC, et al.*,

24    Marion County Superior Court, State of Indiana, No. 49D050712 CT 054365

25    16.    *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham*

26    *Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case

27    No. 070913924;

28    17.    *Massey, Barbara v. SmithKline Beecham Corporation d/b/a*

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

3

SF1\396303\1    NOTICE OF PENDENCY OF OTHER ACTION    CASE NO.

1   *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons
2   only);

3       18.     *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a*
4   *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

5       19.     *Meneese, Leola; Meneese, Sharon v. SmithKline Beecham Corporation*
6   *d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does one through Fifteen*,
7   Superior Court of the State of California, San Francisco County, No. 08-472716;

8       20.     *Mitchell, F.C., et al. v. GlaxoSmithKline Corporation, McKesson*
9   *Corporation and Does 1-50*, California Superior Court, Sacramento County, No. 34-
10  2008-00000449-CU-PO-GDS;

11      21.     *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of
12  Common Pleas, Philadelphia County, No. 001670;

13      22.     *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a*
14  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;

15      23.     *Pruitt, Carolyn et al v. SmithKline Beecham Corporation d/b/a*
16  *GlaxoSmithKline and McKesson Corporation*, Superior Court of the State of California,
17  San Francisco County, No. 08-472503;

18      24.     *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
19  of Common Pleas, Philadelphia County, No. 002457;

20      25.     *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation,*
21  *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
22  of Common Pleas, Philadelphia County, No. 004010;

23      26.     *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation*
24  *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;

25      27.     *Tuley, Dorothy v. SmithKline Beecham Corporation d/b/a*
26  *GlaxoSmithKline*, Circuit Court of Cook County, Illinois

27      28.     *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and*
28  *SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

4

SF1\396303\1      NOTICE OF PENDENCY OF OTHER ACTION                              CASE NO.

1    Philadelphia County, No. 003674;

2        29.    *Wright, Michelle v. SmithKline Beecham Corporation d/b/a*

3    *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons

4    only); and

5        30.    *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation,*

6    *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline,* Court

7    of Common Pleas, Philadelphia County, No. 004055.

8    Dated: March 5, 2008                    DRINKER BIDDLE & REATH LLP

9

10                                            _____
                                             KRISTA L. COSNER
11

12                                            Attorneys for Defendants
                                             SMITHKLINE BEECHAM
13                                            CORPORATION dba
                                             GLAXOSMITHKLINE and McKESSON
14                                            CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

5

NOTICE OF PENDENCY OF OTHER ACTION                    CASE NO.