ORIGINAL

**FILED**
08 MAR -5 PM 3:05

E-filing

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EMC

| | |
|---|---|
| JERRY KELLUM as personal representative of GEORGE L. KELLUM, JR. (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV 08 1297<br><br>**CERTIFICATE OF SERVICE** |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396432\1 | CERTIFICATE OF SERVICE | CASE NO.

1   I, LEE ANN L. ALLDRIDGE, declare that:

2   I am at least 18 years of age, and not a party to the above-entitled action. My

3   business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105,

4   Telephone: (415) 591-7500.

5   On March 5, 2008, I caused to be served the following document(s):

6   1. **CIVIL CASE COVER SHEET;**
7   2. **NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE;**
8   3. **DEMAND FOR JURY TRIAL;**
9   4. **DISCLOSURE STATEMENT OF GLAXOSMITHLINE;**
10  5. **DISCLOSURE STATEMENT OF MCKESSON CORPORATION;**
    6. **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING;**
11  7. **DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; and**
12
13  8. **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.**

14  by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

15

16  ☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

20  ☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

22  ☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

23  ☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

David C. Andersen
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396432\1    CERTIFICATE OF SERVICE              2                            CASE NO.

1      I declare under penalty of perjury under the laws of the United States of America
2 that the above is true and correct.
3      Executed on March 5, 2008 at San Francisco, California.

4

*[signature]*

LEE ANN L. ALLDRIDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396432\1

CERTIFICATE OF SERVICE      CASE NO.