DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY KELLUM as personal representative of GEORGE L. KELLUM, JR. (deceased),<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; and McKESSON CORPORATION,<br><br>Defendants. | Case No. CV-08-1297<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE AND TO EXTEND DEFENDANTS' TIME TO RESPOND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SmithKline Beecham Corporation dba GlaxoSmithKline ("GSK") and McKesson Corporation may move, answer, or otherwise respond to Plaintiff's Complaint is extended until such time as set forth in the Honorable Cynthia M. Rufe's Case Management Order after this case has been transferred by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before Judge Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the

1  undersigned, that there will be a stay of: (a) all pretrial activity in this case; (b) the period
2  for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c)
3  all other discovery and pretrial deadlines, pending transfer of this case to the Multidistrict
4  Litigation before Judge Rufe in the Eastern District of Pennsylvania.

    IT IS SO STIPULATED:

Dated: March 19, 2008                THE MILLER FIRM, LLC

                                     /S/ *David C. Andersen*
                                     DAVID C. ANDERSEN

                                     Attorneys for Plaintiff
                                     JERRY KELLUM as personal
                                     representative of GEORGE L. KELLUM,
                                     JR. (deceased)

Dated: March 25, 2008                DRINKER BIDDLE & REATH LLP

                                     /S/ *Krista L. Cosner*
                                     DONALD F. ZIMMER, JR.
                                     KRISTA L. COSNER

                                     Attorneys for Defendants
                                     SMITHKLINE BEECHAM
                                     CORPORATION dba
                                     GLAXOSMITHKLINE and McKESSON
                                     CORPORATION

    Pursuant to stipulation, IT IS SO ORDERED.

Dated:

                                                                    , J.