1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 JERRY KELLUM as personal                Case No. CV-08-1297
   representative of GEORGE L. KELLUM,
13 JR. (deceased),
                                           **STIPULATION AND [PROPOSED]
14              Plaintiff,                 ORDER TO STAY CASE AND TO
                                           EXTEND DEFENDANTS' TIME TO
15      v.                                 RESPOND**

16 SMITHKLINE BEECHAM
   CORPORATION dba
17 GLAXOSMITHKLINE; and McKESSON
   CORPORATION,
18
                Defendants.
19

20      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

21 that the time within which defendants SmithKline Beecham Corporation dba

22 GlaxoSmithKline ("GSK") and McKesson Corporation may move, answer, or otherwise

23 respond to Plaintiff's Complaint is extended until such time as set forth in the Honorable

24 Cynthia M. Rufe's Case Management Order after this case has been transferred by the

25 Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re

26 Avandia Products Liability Litigation*, MDL No. 1871, before Judge Rufe in the United

27 States District Court for the Eastern District of Pennsylvania.

28      IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\397218\1   STIPULATION TO STAY CASE AND TO EXTEND DEFENDANTS' TIME TO RESPOND   CASE NO. CV-08-1297

undersigned, that there will be a stay of: (a) all pretrial activity in this case; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of this case to the Multidistrict Litigation before Judge Rufe in the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

Dated: March 19, 2008              THE MILLER FIRM, LLC

/S/ *David C. Andersen*
DAVID C. ANDERSEN

Attorneys for Plaintiff
JERRY KELLUM as personal representative of GEORGE L. KELLUM, JR. (deceased)

Dated: March 25, 2008              DRINKER BIDDLE & REATH LLP

/S/ *Krista L. Cosner*
DONALD F. ZIMMER, JR.
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 26, 2008

*Jeffrey S. White*, J.