Inasmuch as no objection is pending at this time, the stay is lifted.

APR 1 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TRUE COPY CERTIFIED TO FROM THE RECORD
DATED 4/18/08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2008

FILED
CLERK'S OFFICE

**FILED**

AUG -6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

C 08-1297 MHP

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871



(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-13)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 86 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
APR 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**             **CASE CAPTION**

CALIFORNIA EASTERN
~~CAE 2 08-542~~                  ~~F.C. Mitchell, et al. v. SmithKline Beecham Corp., et al.~~
                                  Opposed 4/2/08

CALIFORNIA NORTHERN
 CAN 3 08-1297                    Jerry Kellum, etc. v. SmithKline Beecham Corp., et al.

NEW YORK SOUTHERN
 NYS 1 08-2027                    John Price v. SmithKline Beecham Corp., et al.
 NYS 1 08-2030                    Sylvia Moore v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
 OHN 1 08-569                     Ronald McAdams v. SmithKline Beecham Corp.

TEXAS NORTHERN
 TXN 3 08-352                     Shirley Crank, et al. v. SmithKline Beecham Corp., et al.

TEXAS SOUTHERN
 TXS 4 08-676                     Martin Banta, et al. v. GlaxoSmithKline, Inc., et al.

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RE:   ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION; MDL 1871; **CA-N, 3:08-1297**

Dear Clerk:

Enclosed is a copy of the conditional transfer order (CTO-13) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**We will extract the case file and/or documents we require through the pacer website. You will not be required to forward any documents to our district unless directed otherwise. Please do not send any documents to our court.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: *Tom Dempsey*
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure